UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD JAMAL SANDERS,

        Plaintiff,                No. 10-CV-12846-DT

vs.                                      Hon. Gerald E. Rosen

PRISON HEALTH SERVICES, INC., et al.,

        Defendants.
_____/

## JUDGMENT

The Court having this date entered an Order adopting the Magistrate Judge's January 29, 2013 Report and Recommendation, granting Defendant PHS's Motion for Summary Judgment, and dismissing Plaintiff's Amended Complaint in its entirety, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is DISMISSED with prejudice.

                                   s/Gerald E. Rosen
                                   Chief Judge, United States District Court

Dated:  March 8, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 8, 2013, by electronic and/or ordinary mail.

                                   s/Julie Owens
                                   Case Manager, (313) 234-5135